United States District Court

Eastern District of California

Anthony R. Turner,

       Plaintiff,                   No. Civ. S 02-0543 MCE PAN P

  vs.                           Order

Cheryl Pliler, et al.,

       Defendants.

-oOo-

    March 18, 2005, defendants moved for summary judgment but they did not serve plaintiff at his record address. Defendants shall serve plaintiff within 10 days and submit a proof of service. Plaintiff's opposition is due 30 days after the motion is served upon him.

    So ordered.

    Dated: May 17, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge