**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
FILED

July 7, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

**JUDGMENT IN A CIVIL CASE**

ANTHONY R. TURNER

       Plaintiff,

                                     2:02-CV-543 MCE PAN P

       v.

CHERYL PLILER, et. al.,

       Defendants,

**XX --  Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED AS TO DEFENDANT D. VERNON ONLY IN ACCORDANCE WITH THE COURT'S ORDER OF JULY 7, 2005.**

                                        Jack L. Wagner,
                                        Clerk of the Court

ENTERED:   July 7, 2005

                                      by:_/s/ M. Krueger_____
                                         M. Krueger, Deputy Clerk