United States District Court

Eastern District of California

Anthony R. Turner,

      Plaintiff,                         No. Civ. S 02-0543 MCE PAN P

   vs.                                 Order

Cheryl Pliler, et al.,

      Defendants.

-oOo-

    The court's October 5, 2004, scheduling order set pretrial conference for July 8, 2005, and trial for September 28, 2005. Defendant Vernon's motion for summary judgment is pending and Dixon requests leave to move for summary judgment.

    Good cause appearing, Dixon's June 29, 2005, request for leave to move for summary judgment is granted and he may do so within 30 days. No further extensions will be granted absent a showing of manifest injustice. The pretrial conference and trial dates are vacated.

```
1    So ordered.
2    Dated:   July 7, 2005.
3                                    /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
4                                    Magistrate Judge
```