1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY R. TURNER,

11          Plaintiff,                           No. CIV S-02-0543 MCE PAN P

12          vs.

13   CHERYL PLILER, et al.,

14          Defendants.                          ORDER

15   _____/

16          On July 27, 2005, defendants filed a motion for summary judgment pursuant to

17   Federal Rule of Civil Procedure 56.  Plaintiff has not opposed the motion.

18          Local Rule 78-230(m) provides in part:  "Failure of the responding party to file

19   written opposition or to file a statement of no opposition may be deemed a waiver of any

20   opposition to the granting of the motion . . . ."  On April 7, 2003, plaintiff was advised of the

21   requirements for filing an opposition to the motion and that failure to oppose such a motion may

22   be deemed a waiver of opposition to the motion.

23          Local Rule 11-110 provides that failure to comply with the Local Rules "may be

24   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

25   inherent power of the Court."  In the order filed April 7, 2003, plaintiff was advised  that failure

26   to comply with the Local Rules may result in a recommendation that the action be dismissed.

1

1        Good cause appearing, IT IS HEREBY ORDERED that, within **twenty** days of

2  the date of this order, plaintiff shall file an opposition, if any he has, to the motion for summary

3  judgment or a statement of non-opposition.  Failure to comply with this order will result in

4  dismissal of this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

5  DATED:  February 23, 2006.

6

7                UNITED STATES MAGISTRATE JUDGE

8

9  /001

10  turn0543.46o

2